UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: STEVENSON, Janice

Chapter 13
Case 03-1109-JNF

v.

Michael Guryel, et al

### NOTICE OF APPEAL

Janice W. Stevenson, the plaintiff appeals under 28 U.S.C. § 158(a) regarding debtor's adversary Proceeding and elects to have this appeal heard in federal district court.

Respectfully submitted:

*Janice W Stevenson*

Janice W. Stevenson
P.O. Box 400372
Cambridge, MA  02140

#2