UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: __Janice Stevenson__

**BANKRUPTCY APPEAL**

CIVIL ACTION NO. __04-10394-RCL__

## O R D E R

__Lindsay, D. J.__

A Notice of Appeal of a decision of the Bankruptcy Court and the Record on Appeal having been filed in the above-entitled action on __February 23, 2004__

IT IS HEREBY ORDERED that the Appellant's brief shall be filed on or before __March 16, 2004__ and the Appellee's brief shall be filed on or before __March 31, 2004__. The Appellant may file and serve a reply brief on or before __April 12, 2004__.

Failure of the Appellant to file a brief on the date set forth above will result in the entry of an Order dismissing the appeal. Failure of the Appellee to file a brief may result in a decision by the Court without further opportunity for presentation of arguments by the Appellee.

By the Court,

__March 1, 2004__
Date

/s/ Catherine M. Zawicki
Deputy Clerk

(BKAppeal Bro.wpd - 12/98)                                                                                     [bro.]