UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: JANICE STEVENSON                    BANKRUPTCY APPEAL
                                           CIVIL ACTION 04-10394-RCL

Motion for Extension to File

Appellant received the attached order (Exhibit A) on March 6, 2004. I do not have enough time to write my appellant's brief by March 16. 2004.

The Notice of Appeal of a decision of the Bankruptcy Court and the Record of Appeal were filed in the above action on February 23, 2004. The attached order is dated seven (7) days later [March 1, 2004] and signed two (2) days later by a "D.J.Lindsay" on March 3, 2004. Appellant received this order on March 6, 2004. The Order directs "Plaintiff" to serve each party with a copy of the Order three days after its receipt: "on or before March 9, 2004. This Order was not received sufficiently in advance of the due date so as to allow timely compliance by the Appellant.

The delayed issuance of this Order adversely affects Appellant's brief preparation and the timely mailing of the Order to all parties.

Please grant a thirty (30) day extension for Appellant to file a brief with this Honorable Court and extend the date Plaintiff is to serve the Order to March 19, 2003.

Respectfully submitted,

*Janice W. Stevenson*

Janice W. Stevenson
P.O. Box 400372
Cambridge, MA  02140
617-721-2638

## CERTIFICATE OF SERVICE

I, Janice W. Stevenson, certify that a copy of the Motion for Extension to File was sent to the following parties by facsimile and/or regular mail on March 14, 2004.

Michael Guryel
P.O. Box 1222
Quechee, VT 05059

Sevi Guryel
P.O. Box 1222
Quechee, VT 05059

Massachusetts School of Law
500 Federal Street
Andover, MA 01810-1017
978-681-0800 - Tel
978-681-6330 - Fax

LOSFA
P.O. Box 91202
Baton Rouge, LA 70821-9202
225-922-1086 - Tel
225-922-0790 – Fax

ECM
c/o John F. White
Topkins & Bevans
150 Grossman Drive, Suite 305
Braintree, MA 02184
781-849-5906 – Tel
781-848-3656 – Fax

Doreen B. Solomon
Chapter 13 Trustee
P.O. Box 8250
Boston, MA 02114
617-723-1313 - Tel
617-723-2998 - Fax

Rosie's Place
889 Harrison Place
Boston, MA 02118
617-442-7825 - Fax
617-442-9322 – Tel

_____
Janice W. Stevenson

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: __Janice Stevenson__

BANKRUPTCY APPEAL

CIVIL ACTION NO. __04-10394-RCL__

ORDER

__Lindsay, D. J.__

A Notice of Appeal of a decision of the Bankruptcy Court and the Record on Appeal having been filed in the above-entitled action on __February 23, 2004__

IT IS HEREBY ORDERED that the Appellant's brief shall be filed on or before __March 16, 2004__ and the Appellee's brief shall be filed on or before __March 31, 2004__. The Appellant may file and serve a reply brief on or before __April 12, 2004__.

Failure of the Appellant to file a brief on the date set forth above will result in the entry of an Order dismissing the appeal. Failure of the Appellee to file a brief may result in a decision by the Court without further opportunity for presentation of arguments by the Appellee.

By the Court,

__March 1, 2004__
Date

*[signature]*
Deputy Clerk

(BKAppeal Bro.wpd - 12/98)

[bro.]

*Handwritten margin note (left):* Lindsay, D.J. - Plaintiff is responsible for serving all parties with a copy of this order on or before March 9, 2004. /s/ [illegible], Deputy Clerk 3/3/04

*Handwritten at bottom:* Exhibit A

*Handwritten page number:* 2