UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BANKRUPTCY APPEAL

IN RE: Janice W. Stevenson  CIVIL ACTION NO.04-10394-RCL

Court rules control the procedural aspects of litigation. The appropriate procedural rules must be followed in order for an action to move forward. At all steps of litigation, there is a need to file pleadings or motions that comply with the rules of procedures.

An adversary proceeding was commenced in the District of Vermont on January 17, 2003, as Bankruptcy Petition #: 03-10078. Subsequently, this proceeding was transferred by an order signed by the Honorable Judge Colleen A. Brown on March 14, 2003. **Exhibit A**.

The Clerk of Court of the District of Vermont issued summons regarding the above referenced adversary proceeding. **Exhibit B**. The adversary proceeding was closed on March 17, 2002 and transferred to the District of Massachusetts. **Exhibit C**. The summonses [**Exhibit D**] noted on the District of Massachusetts docket sheet [**Exhibit E**] dated March 24, 2003 were generated by the Clerk of Bankruptcy Court for the District of Vermont. The subsequent entry dated May 15, 2003 noted the date the adversary was received by the Massachusetts Clerk of the Bankruptcy Court.

When the Clerk of the Bankruptcy Court and/or the US Trustee of the District of Massachusetts received this transferred case on or about May 15, 2003, summonses for the Massachusetts jurisdiction were not generated. **Appellant cannot recall receiving**

**summonses from the District of Massachusetts.** This has caused a negative impact upon this party: dismissal of the adversary proceeding.

This appellant is homeless and has lived in several homeless shelters. Prior to obtaining my post office box in August 2003, the receipt of mail in a timely manner was difficult.

My first appearance regarding this transferred case was April 15, 2003. The US Trustee was quite adamant that this appellant amend her plan to provide Massachusetts state bankruptcy exemptions. **Exhibit F.**

From historical context, Appellant did not feel that the Clerk of the Bankruptcy Court and/or the US Trustee would have wanted summonses of the Vermont Bankruptcy Court served on the defendants before it received and/or entered the adversary case in the District of Massachusetts. There appears to have been an oversight to the issuance of summonses by the Massachusetts Clerk of the Bankruptcy court and/or the US Trustee.

Equal protection[1] and due process[2] should be accorded to both the homeless and the housed. This appellant has, as much as humanly possible, made every attempt to meet the deadlines of the Honorable Bankruptcy court.

---

[1] BRAY V. ALEXANDRIA WOMEN'S HEALTH CLINIC, 113 S. CT. 753 (1993).
[Concur in part, dissent in part]
ADARAND CONSTRUCTORS V. PENA, 515 U.S. 200 (1995).
[Opinion]
METRO BROADCASTING, INC. V. FCC, 497 U.S. 547 (1990)
[Dissent]
MILLER V. JOHNSON, 515 U.S. 900 (1995)
[Opinion]
[2] ALBRIGHT V. OLIVER, 510 U.S. 266 (1994).
[Dissent]
PACIFIC MUTUAL LIFE INSURANCE CO. V. HASLIP, 499 U.S. 1 (1991)
[Concurrence]
COUNTY OF SACRAMENTO V. LEWIS, 523 U.S. 833 (1998)
[Opinion]
WASHINGTON V. GLUCKSBERG, 117 S.CT. 2258, 138 L.ED.2D 772 (1997).
[Concurrence]

Therefore, Appellant prays that this District Court will reverse the Bankruptcy court's dismissal.

Respectfully submitted,

*Janice W Stevenson*

Janice W. Stevenson
P.O. Box 400372
Cambridge, MA 02140
617-721-2638

---

PACIFIC MUTUAL LIFE INSURANCE CO. V. HASLIP, 499 U.S. 1 (1991)
[Dissent]
M. L. B. V. S. L. J., 519 U.S. 102 (1996).
[Dissent]
OHIO ADULT PAROLE AUTHORITY V. WOODARD, 523 U.S. 272 (1998)
[Opinion]

CERTIFICATE OF SERVICE

I, Janice W. Stevenson, sent the Appellant's Brief by facsimile and/or first class mail this 16th day of April, 2004 to the defendants below:

Michael Guryel
PO Box 1222
Quechee, VT  05059

Sevi Guryel
PO Box 1222
Quechee, VT  05059

Louisiana Office of Student Financial Assistance
P.O. BOX 91202
BATON ROUGE, LA 70821-9202

Educational Credit Management Corporation
c/o John F. White
Topkins & Bevins
150 Grossman Drive, Suite 305
Braintree, MA  02184

Rosie's Place
889 Harrison Avenue
Boston, MA  02118

*Janice W Stevenson*

# APPENDIX