U.s. District Court
District of Massachusetts

In Re Janice Stevenson
04-10394-rcl

Motion to Deny Extension of Time, To Dismiss and for Clarification

We Michael and Sevi Guryel  ask the Court to deny Appellant motion as this case was ruled upon in Vermont Superior Court  in 2002 and no appeal was taken .

The U.S. District Court gave her till 9-10-03, to Show Cause why this should not be dismissed for moot ness we received no answer and we believe the suit was dismissed for moot ness after that date. We received no notice of bankruptcy filing. And her appeal for Mandamus was denied 6-8-02

The first notice we can find that the case was still alive was the order dated 3-1-04 received 3-19-04 and notice of appeal received in March of 2004

As:

1  Appeal was untimely
2  Notification was untimely or non-existent
3  All matters were adjudicated and not appealed from in Vermont Superior Court and in U.S. district Court in Vermont
4  All matters concerning Guryel and Stevenson are res judicata or moot

5  The thousands of dollars spent on legal fees and court appearances and the never ending suits by Ms Stevenson are harassing and are unfair. We live in Vt. And can not afford to fight her in Mass. She was relieved from paying many months rent and left by court order 2 years ago. All Parties, Property etc are in Vt

Therefore we request that her motion be denied and any action against us be dismissed. We also have no knowledge of the bankruptcy order she is appealing as we never received any documents regarding her filing. And any other relief the Court deems proper.

This 31 day of March 2004

Michael Guryel

Sevy Guryel

A copy was sent, this day to Ms Stevenson