UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**JANICE WILSON STEVENSON**


**V.**                                      **CIVIL ACTION NO. 04-10394-RCL**


**MICHAEL GURYEL, ET AL**


**JUDGMENT OF DISMISSAL**


LINDSAY, D.J.

In accordance with the Court's Order of May 24, 2004 allowing the motion to dismiss of the appellees Michael and Sevi Guryel, and for failure of the appellant to file timely briefs in accordance with the orders of the Court; Judgment is hereby entered as follows: Judgment for the appellees  dismissing this action.


                                    /s/ Lisa M. Hourihan

June 3, 2004                        --------------------------
                                        Deputy Clerk